# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In Re: STANLEY WOOD  
MARY ANN WOOD  

Case No.: 05-13143

Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT

Andrea E. Celli, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/04/2005.

2) The case was confirmed on 04/27/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/30/2008.

6) Number of months from filing to the last payment: 37

7) Number of months case was pending: 50

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 26,370.00

10) Amount of unsecured claims discharged without payment $ 301,210.28

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

```
===============================================================================
 Receipts:
         Total paid by or on behalf of the debtor         $   57,482.00
         Less amount refunded to debtor                   $         .00
 NET RECEIPTS                                             $   57,482.00
===============================================================================

===============================================================================
 Expenses of Administration:

         Attorney's Fees Paid through the Plan            $    1,300.00
         Court Costs                                      $         .00
         Trustee  Expenses and Compensation               $    3,157.59
         Other                                            $         .00

 TOTAL EXPENSES OF ADMINISTRATION                         $    4,457.59

 Attorney fees paid and disclosed by debtor               $      575.00
===============================================================================

===============================================================================
 Scheduled Creditors:
```

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHRYSLER FINANCIAL S | SECURED   | 14,864.00 | .00 | 14,864.00 | 14,864.00 | 840.31 |
| CHRYSLER FINANCIAL S | UNSECURED |  9,480.00 | .00 |  6,041.31 |  1,133.10 |    .00 |
| MIDLAND MORTGAGE CO  | SECURED   | 88,000.00 | .00 |       .00 |       .00 |    .00 |
| BECKET & LEE,LLP     | UNSECURED |  3,008.00 | .00 |  2,982.44 |    559.38 |    .00 |
| BECKET & LEE,LLP     | UNSECURED |  1,793.00 | .00 |  1,733.67 |    325.19 |    .00 |
| AMERICAN EXPRESS     | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| AMERICAN EXPRESS     | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| AMERICAN EXPRESS     | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| AVCO FINANCIAL       | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| BANK OF AMERICA      | UNSECURED |  4,974.00 | NA  |       NA  |       .00 |    .00 |
| STERLING DBA KAY JEW | SECURED   |      1.00 | .00 |  2,469.39 |  2,469.39 | 216.05 |
| BENEFICIAL           | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| BENEFICIAL           | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| BENEFICIAL           | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| BENEFICIAL           | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| BENEFICIAL           | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| ECAST SETTLEMENT COR | UNSECURED | 14,882.00 | .00 | 15,263.93 |  2,863.05 |    .00 |
| BERKSHIRE BANK       | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| ECAST SETTLEMENT COR | UNSECURED |  1,754.44 | .00 |  2,025.39 |    379.90 |    .00 |
| ECAST                | UNSECURED |  1,453.01 | .00 |  1,332.00 |    249.84 |    .00 |
| BOSCOVS DEPT STORE   | UNSECURED |      1.00 | NA  |       NA  |       .00 |    .00 |
| BURDINES             | UNSECURED |       NA  | NA  |       NA  |       .00 |    .00 |
| CAPITAL ONE BANK     | UNSECURED |    458.00 | NA  |       NA  |       .00 |    .00 |

```
===============================================================================
```

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE BANK | UNSECURED | 289.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 155.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 601.00 | NA | NA | .00 | .00 |
| CBUSASEARS | UNSECURED | 9,190.00 | NA | NA | .00 | .00 |
| CHARTER ONE AUTO FIN | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 1.00 | .00 | 3,718.04 | 697.34 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,527.00 | NA | NA | .00 | .00 |
| CHASE BANK USA, NA | UNSECURED | 3,035.00 | .00 | 3,254.94 | 610.53 | .00 |
| CHILDREN'S PLACE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| CITIBANK/NEVADA | UNSECURED | 6,867.00 | NA | NA | .00 | .00 |
| SPERRY FINANCIAL COR | UNSECURED | 4,981.00 | NA | NA | .00 | .00 |
| CITIBANK/NEVADA | UNSECURED | 1,791.00 | NA | NA | .00 | .00 |
| CITIBANK/USA | UNSECURED | 949.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| COLLECTION | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| DINERS CLUB INT'L | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 9,120.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 6,261.00 | .00 | 6,569.87 | 1,173.41 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 5,103.00 | .00 | 5,336.94 | 953.19 | .00 |
| EVANS LEASING SERVIC | UNSECURED | 71,705.24 | NA | NA | .00 | .00 |
| FINGER FURNITURE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| FLEET BANK | UNSECURED | 3,533.00 | NA | NA | .00 | .00 |
| FUTURE INDUSTRIES | UNSECURED | 2,496.75 | NA | NA | .00 | .00 |
| FUTURE INDUSTRIES | UNSECURED | 1,807.60 | NA | NA | .00 | .00 |
| FUTURE INDUSTRIES | UNSECURED | 1,423.04 | NA | NA | .00 | .00 |
| GATEWAY | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| DILLARDS | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| GECC | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| GLENS FALLS NAT'L BA | UNSECURED | 2,363.96 | NA | NA | .00 | .00 |
| GULF OIL | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| GULF OIL | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,736.00 | .00 | 1,723.68 | 323.31 | .00 |
| HHLD BANK | UNSECURED | 658.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 206.00 | .00 | 441.64 | 82.84 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,023.00 | .00 | 995.19 | 186.66 | .00 |
| HOUSEHOLD BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HOUSEHOLD BANK | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,921.00 | NA | NA | .00 | .00 |
| BJS WHOLESALE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| HSBC/BJ'S | UNSECURED | 1,424.00 | NA | NA | .00 | .00 |
| HSBC/KMART | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| HSBC/RS | UNSECURED | 1,023.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 465.00 | .00 | 365.36 | 68.54 | .00 |
| HSBC/RS | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| HSBC/RS | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| INTERNATIONAL TAN MA | UNSECURED | 12,375.00 | .00 | 12,375.00 | 2,475.50 | .00 |
| KAY JEWELERS | UNSECURED | 2,469.39 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,521.00 | .00 | 3,623.97 | 679.75 | .00 |
| TRANSWESTERN PUBLISH | UNSECURED | 2,070.00 | NA | NA | .00 | .00 |
| MACY'S | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 5,737.00 | .00 | 6,194.27 | 1,161.85 | .00 |
| MICHAEL RAIMO | UNSECURED | 42,500.00 | .00 | 42,500.00 | 7,971.18 | .00 |
| MIDLAND MORTGAGE CO | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,664.00 | .00 | 3,673.47 | 689.03 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,228.00 | .00 | 2,297.17 | 430.88 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 243.00 | .00 | 337.99 | 63.40 | .00 |
| EVANS LEASING | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 4,358.00 | .00 | 4,512.10 | 846.33 | .00 |
| NCB/COLS | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 958.00 | .00 | 1,379.21 | 258.70 | .00 |
| PINNACLE FINANCIAL G | UNSECURED | 110.93 | NA | NA | .00 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 1,778.00 | .00 | 1,951.47 | 366.03 | .00 |
| FAMILY PET CENTER | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| SCA/AEROPOSTALE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| SERVICE MERCHANDISE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| SPRING BREAK | UNSECURED | 2,181.24 | NA | NA | .00 | .00 |
| T-NETIX INC | UNSECURED | 36.86 | NA | NA | .00 | .00 |
| TALBOTS | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| TANNING SUPPLY OUTLE | UNSECURED | 823.32 | NA | NA | .00 | .00 |
| TANNING SUPPLY OUTLE | UNSECURED | 812.62 | NA | NA | .00 | .00 |
| TANNING SUPPLY OUTLE | UNSECURED | 801.92 | NA | NA | .00 | .00 |
| BON TON | UNSECURED | 1,833.32 | .00 | 2,290.97 | 429.71 | .00 |
| ROUNDUP FUNDING, LLC | UNSECURED | 2,001.00 | .00 | 2,093.32 | 392.64 | .00 |
| TRANSAMERICA | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| VERIZON | UNSECURED | 5,121.90 | NA | NA | .00 | .00 |
| VERIZON | UNSECURED | 480.16 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,007.00 | .00 | 2,389.80 | 448.25 | .00 |
| WALKER & WEISS | UNSECURED | 329.00 | NA | NA | .00 | .00 |
| WELLS FARGO | UNSECURED | 4,764.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMBERCROMBIE & FITCH | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING, LLC | UNSECURED | 318.00 | .00 | 254.21 | 47.68 | .00 |
| STEINBACH | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING, LLC | UNSECURED | 1,249.00 | .00 | 986.80 | 185.09 | .00 |
| DEILY,MOONEY & GLAST | UNSECURED | NA | NA | NA | .00 | .00 |
| UNITED STATES TREASU | PRIORITY | NA | NA | NA | .00 | .00 |
| AFNI/VERIZON | UNSECURED | NA | .00 | 3,012.16 | 564.95 | .00 |
| VERIZON/RMCC | UNSECURED | NA | .00 | 798.80 | 149.83 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | .00 | 754.01 | 141.43 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | .00 | 3,706.00 | 695.13 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | .00 | 6,870.31 | 1,288.66 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | .00 | 9,367.78 | 1,757.11 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | NA | .00 | 1,771.27 | 332.23 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | .00 | 9,454.10 | 1,773.30 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | NA | .00 | 5,161.88 | 968.21 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | NA | .00 | 4,859.55 | 911.51 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | NA | NA | NA | .00 | .00 |
| WORLDWIDE FIN CAP BA | UNSECURED | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 17,333.39 | 17,333.39 | 1,056.36 |
| **TOTAL SECURED:** | 17,333.39 | 17,333.39 | 1,056.36 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 184,400.01 | 34,634.66 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,457.59 |
| Disbursements to Creditors | $ | 53,024.41 |
| **TOTAL DISBURSEMENTS:** | $ | 57,482.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:  07/15/2009          /s/ Andrea E. Celli
                            Andrea E. Celli, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**